UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Dustin R. Sims,

          Plaintiff,

v.

Dan Jahnke, Douglas County Sheriff Deputy; Amy Anderson; Cindy Kuhnau; Unknown Sgt.; Deputy Tanner; and Deputy Nichole;

          Defendants.

No. 21-cv-2527 (KMM/BRT)

**ORDER**

---

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Becky R. Thorson, dated February 24, 2022. No objections have been filed to that R&R in the time permitted.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Dorsey & Whitney LLP v. United States Postal Serv.*, 402 F. Supp. 3d 598, 604–05 (D. Minn. 2019) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, the Magistrate Judge committed no error, clear or otherwise.

IT IS HEREBY ORDERED THAT:

1. This action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b).

2. The application to proceed *in forma pauperis* [ECF No. 6] is **DENIED**.

**Let Judgment Be Entered Accordingly.**

Date: **April 12, 2022**　　　　　　　　　　　*s/ Katherine M. Menendez*
　　　　　　　　　　　　　　　　　　　　　　　Katherine M. Menendez
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge